GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, as Subrogee of Pre–Blend Products, Inc. and Commercial Union Insurance Company as Subrogee of Aquafin Inc., f/k/a Vandex Sales & Services, Inc. and Aquafin, Inc., f/k/a Vandex Sales & Services, Inc. and Pre–Blend Products, Inc.

v.

ADVANCED CHEMICALS, INC. and Eastern Lift Truck Co., Inc.

Appeal of Eastern Lift Truck Co., Inc. (Two Cases).

General Accident Insurance Company of America, as Subrogee of Pre–Blend Products, Inc. and Commercial Union Insurance Company as Subrogee of Aquafin Inc., f/k/a Vandex Sales & Services, Inc. and Aquafin, Inc., f/k/a Vandex Sales & Services, Inc. and Pre–Blend Products, Inc.

v.

Advanced Chemicals, Inc. and Eastern Lift Truck Co., Inc.

Appeal of Advanced Chemicals, Inc. (Two Cases).

Supreme Court of Pennsylvania.

Argued Oct. 17, 2006.

Decided Nov. 3, 2006.

Robert M. Rizzi, Law Offices of J. Mark Pecci II, Philadelphia, for Eastern Lift Truck Co., Inc.

William N. Clark, Cozen O'Connor, Philadelphia, for General Acc. Ins. Co. of America, et al.

Francis T. McDevitt, Naulty, Scaricamazza & McDevitt, L.L.P., Marlton, NJ, for Advanced Chemicals, Inc.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.